IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BOADIN TECHNOLOGY, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No: 12-914-RGA |
| | ) |
| DOW JONES & COMPANY, INC., | ) |
| | ) |
| Defendant. | ) |

### STIPULATION OF DISMISSAL

The plaintiff, Boadin Technology, LLC, and defendant, Dow Jones & Company, Inc., pursuant to Fed. R. Civ. P. 41(a)(2) and (c), hereby move for an order dismissing all claims and counterclaims in this action WITH PREJUDICE with each party to bear its own costs, expenses and attorneys' fees.

| STAMOULIS & WEINBLATT LLC | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
|---|---|
| /s/ Richard C. Weinblatt | /s/ Jack B. Blumenfeld |
| Stamatios Stamoulis (#4606) | Jack B. Blumenfeld (#1014) |
| Richard C. Weinblatt (#5080) | Rodger D. Smith II (#3778) |
| Two Fox Point Centre | 1201 North Market Street |
| 6 Denny Road, Suite 307 | P.O. Box 1347 |
| Wilmington, DE 19809 | Wilmington, DE 19899 |
| (302) 999-1540 | (302) 658-9200 |
| stamoulis@swdelaw.com | jblumenfeld@mnat.com |
| weinblatt@swdelaw.com | rsmith@mnat.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |

SO ORDERED, this __8th__ day of __Nov__, 2012.

_____
United States District Court Judge